FILED
JUL 26 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

1:19-cv-00271

To Whom It may Concern

I am writing the courts to let them know that I Kelly Christian am not dropping this law suite that I have with State Trooper J.A. Tupper. I'm wanting you to know that I do not want it dropped so we can proceed with this law suite. I am wanting to proceed with this law suite please

Thank you
Kelly Christian

Kelly Christian
PO Box 411
Bradshaw WVa.
24817

CHARLESTON WV 250
24 JUL 2019 PM 4 L

love
FOREVER·USA

U.S. MARSHALS SERVICE
X-RAYED
BY:
4701-909978

Clerk United States District Court
Elizabeth Koe Federal Building
601 Federal Street, RM. 1000
Bluefeild WVa.
24701