UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

KELLY WAYNE CHRISTIAN,

    **Plaintiff,**        1:19-CV-00271

vs.

J.A. TUPPER,

    **Defendant.**

## ORDER

    Pending before the Court are Plaintiff's letter dated July 26, 2019 (ECF No. 15), filed on July 26, 2019, wherein Plaintiff expresses his desire that this case proceed, and Plaintiff's letter form motion filed on July 29, 2019 which appears to request dismissal of this case (ECF No. 16). Finding it appropriate to have a hearing on this matter to discern Plaintiff's intentions and if necessary, to implement a scheduling order, the Court hereby schedules a hearing on this matter for **Thursday, August 15, 2019 at 10:00 a.m.** before the undersigned in his courtroom at the Elizabeth Kee Federal Building, 601 Federal Street, Bluefield, WV.

    The Clerk is directed to transmit this Order to *pro se* parties and counsel of record.

    **ENTER:** July 30, 2019.

_____
Omar J. Aboulhosn
United States Magistrate Judge

1